**Harvey E. TUNSTALL, Plaintiff–Appellant,**

v.

**Corporal WARE; Corporal White; Corporal Thompson, Deputy Sheriffs/Jail Security; Captain Gerber, Chief, Confinement Branch; Major M.P. Jackson, Commander, Correctional Services Division, Defendants–Appellees.**

**No. 01–6138.**

United States Court of Appeals, Fourth Circuit.

Submitted April 13, 2001.

Decided April 24, 2001.

Harvey E. Tunstall, pro se. James R. Parish, Brandt, Jennings, Roberts, Davis & Snee, Falls Church, VA, for appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

PER CURIAM.

Harvey E. Tunstall appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint.* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Tunstall v. Ware,* No. CA–00–528 (E.D.Va. Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).